IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NATHAN RILEY,<br>Petitioner, | : | CIVIL ACTION |
| v. | : | No. 13-7187 |
| THOMAS MCGINLEY, et al.,<br>Respondents. | : | |

**ORDER**

FILED
AUG 30 2018
KATE BARKMAN, Clerk
By_____Dep. Clerk

**J. CURTIS JOYNER, J.**

AND NOW, this 30th day of August, 2018, upon careful and independent consideration of the petition for a writ of habeas corpus, and after review of the Report and Recommendation of United States Magistrate Judge Timothy R. Rice, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. The Petition for Writ of Habeas Corpus is DISMISSED with prejudice;

3. There is no probable cause to issue a certificate of appealability; and

4. The Clerk of the Court shall mark this case closed for statistical purposes.

BY THE COURT:

J. CURTIS JOYNER
U.S. DISTRICT COURT JUDGE